

# Fourth Court of Appeals
## San Antonio, Texas

Friday, April 10, 2015

No. 04-14-00649-CR

Alex Rene **GONZALES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR7573
Honorable Maria Teresa Herr, Judge Presiding

## O R D E R

Appellant's brief was due February 16, 2015, but was not filed. This court notified appellant's appointed counsel, William L. Baskette Jr., of the deficiency by letter dated February 19, 2015. *See* Tex. R. App. P. 38.8(b)(2). The letter required appellant to respond *in writing* within ten days, explaining why the brief has not been filed and demonstrating that counsel has taken affirmative steps to prepare and file the brief. The letter further advised counsel that if an adequate response was not timely filed, the court would abate the appeal for an abandonment hearing in the trial court. We received no response.

Accordingly, pursuant to Rule 38.8(b)(2) of the Texas Rules of Appellate Procedure, we ordered the appeal abated and remanded the matter to the trial court to conduct a hearing to determine: (1) whether appellant desires to prosecute his appeal; and (2) whether counsel has abandoned the appeal. In response to our order, the trial court held a hearing and thereafter prepared findings of fact and conclusions of law. The trial court's findings and conclusions were filed in this court on April 8, 2015. In its findings the trial court found appellant desired to prosecute his appeal. However, the court found that appellant had retained new appellate counsel, Dayna L. Jones, to prosecute his appeal. Accordingly, William L. Baskette Jr. is no longer appellate counsel for appellant.

Based on the foregoing, we **ORDER** the abatement lifted and the appellate deadlines reinstated. Appellant's brief was due almost sixty days ago — February 16, 2015. We therefore **ORDER** appellant's new appellate counsel, Dayna L. Jones, to file appellant's brief within **May 11, 2015**. We advise counsel that given the prior delays with regard to the filing of the brief, additional requests for extensions of time to file appellant's brief will be strictly reviewed.

We **order** the clerk of this court to serve copies of this order on the attorney William L. Baskette Jr., attorney Dayna L. Jones, and counsel for the State.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of April, 2015.

_____
Keith E. Hottle
Clerk of Court